*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF PUERTO RICO*

*IN RE:*

2004 FEB -9 PH 4: 00 *CASE NO. 04-* 04-0123

\*

*HIPOLITO DEL VALLE ALEJANDRO*
*VANESSA NARVAEZ SANTIAGO* US BANK COURT FOR THE DISTRICT OF PUERTO RICO *CHAPTER 7*

\*

*DEBTOR (S)* \*
**********************************************

### NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 7
### AND OF AUTOMATIC STAY OF SUITS

*You are hereby notified that **HIPOLITO DEL VALLE ALEJANDRO and***

***VANESSA NARVAEZ SANTIAGO** have filed a petition under Chapter 7 of Title 11,*

*United States Code on* _____FEB 0 9 2004_____ . *Pursuant to*

*the provisions of 11 USC §362, the filing of the petition by the above-named debtor*

*operates as a stay of the commencement or continuation of any court or other*

*proceeding against the debtor, of the enforcement of any judgment against him, of*

*any act or the commencement or continuation of any court proceeding to enforce*

*any lien on the property of the debtor, and of any court proceeding commenced for*

*the purpose of rehabilitation of the debtor or the liquidation of his estate.*

*This notice is sent to you by order of the United States Bankruptcy Judge.*

*San Juan, Puerto Rico, this*_____FEB 0 9 2004_____



*CELESTINO MATTA-MENDEZ, CLERK*

*U.S. BANKRUPTCY COURT*

*By:*_____

*DEPUTY CLERK*

**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HIPOLITO DEL VALLE ALEJANDRO** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**VANESSA NARVAEZ SANTIAGO** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **0611** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **5134** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**URB. REINA DE LOS ANGELES<br>CALLE 3 O-17<br>GURABO, PR 00778** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**URB. REINA DE LOS ANGELES<br>CALLE 3 O-17<br>GURABO, PR 00778** |
| County of Residence or of the<br>Principal Place of Business: **Gurabo** | County of Residence or of the<br>Principal Place of Business: **Gurabo** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business  ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **DISTRICT OF PUERTO RICO** | Case Number:<br>**02-00218-ESL** | Date Filed:<br>**2002** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor    HIPOLITO DEL VALLE ALEJANDRO

X _____
Signature of Joint Debtor    VANESSA NARVAEZ SANTIAGO

_____
Telephone Number (If not represented by attorney)

2-2-04
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

ROBERTO FIGUEROA CARRASQUILLO 203614
Printed Name of Attorney for Debtor(s)

R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW
Firm Name

PO BOX 193677
Address

SAN JUAN, PR  00919-3677

(787) 744-7699
Telephone Number

Feb. 6, 2004
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. 04-_____

HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO

Chapter 7

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| HOUSE AND LOT LOCATED AT URB. REINA DE LOS ANGELES CALLE 3, O-17, GURABO PR | BPPR & DORAL MORTGAGE | | | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2/2/04
Date

HIPOLITO DEL VALLE ALEJANDRO  Debtor

VANESSA NARVAEZ SANTIAGO Joint Debtor (if applicable)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result*

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. 04-_____

HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO

Chapter **7**_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................................... $_____**500.00**

   Prior to the filing of this statement I have received ............................................................. $_____**500.00**

   Balance Due ................................................................................................................. $_____**0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 6, 2004**
_____
Date

_____
Signature of Attorney

**R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**
Name of Law Firm

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. <u>04-</u> _____

<u>HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO</u> _____

Chapter <u>7</u> _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 115,000.00 | | |
| B - Personal Property | Yes | 2 | 2,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 59,647.36 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 12,321.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 78,029.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,303.77 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,303.77 |
| Total Number of Sheets in Schedules | | 18 | | | |
| Total Assets | | | 117,600.00 | | |
| Total Liabilities | | | | 149,997.77 | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOUSE AND LOT LOCATED AT URB. REINA DE LOS ANGELES, CALLE 3  O-17, GURABO PUERTO RICO | | | 115,000.00 | 59,647.36 |
| | | | | |
| | | TOTAL | 115,000.00 | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Report also on Summary of Schedules)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | BEDROOM SET<br>ONE (1) LIVING ROOM AND ONE (1) DINING ROOM SETS<br>ONE (1) MICROWAVE<br>ONE (1) STOVE AND ONE (1) REFRIGERATOR<br>ONE (1) TV SET | | 400.00<br>800.00<br>100.00<br>800.00<br>200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING FOR DEBTORS | | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 2,600.00 |

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| HOUSE AND LOT LOCATED AT URB. REINA DE LOS ANGELES, CALLE 3 O-17, GURABO PUERTO RICO | 11 USC § 522(d)(1) 11 USC § 522(d)(5) | 34,850.00 1,850.00 | 115,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| BEDROOM SET | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| ONE (1) LIVING ROOM AND ONE (1) DINING ROOM SETS | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| ONE (1) MICROWAVE | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| ONE (1) STOVE AND ONE (1) REFRIGERATOR | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| ONE (1) TV SET | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| CLOTHING FOR DEBTORS | 11 USC § 522(d)(3) | 300.00 | 300.00 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO     Case No. 04-_____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL .................... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. 108006328 BANCO POPULAR - MORTGAGE PO BOX 70100 SAN JUAN, PR  00936 | | | MORTGAGE LOAN | | | | 35,000.00 |
| | | | Value $      115,000.00 | | | | |
| Account No. 1-9300054867 DORAL MORTGAGE CORP PO BOX 13988 SAN JUAN, PR  00908-3988 | | | MORTGAGE | | | | 24,647.36 |
| | | | Value $ | | | | 24,647.36 |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  | | | | Subtotal (Total of this page) | 59,647.36 |
|---|---|---|---|---|---|

___0___ Continuation Sheets attached

(Complete only on last sheet of Schedule D)  **TOTAL**    59,647.36

(Report total also on Summary of Schedules)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 Continuation Sheets attached

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO    Case No. 04-_____
                        Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 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 <br><br> **DEPARTMENT OF TREASURY** <br> **BANKRUPTCY SECTION (424-B)** <br> PO BOX 9024140 <br> SAN JUAN, PR 00902-4140 | | | **STATE INCOME TAXES** | | | | 3,321.00 <br><br> 3,321.00 |
| Account No. 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 <br><br> **INTERNAL REVENUE SERVICE** <br> PHILADELPHIA, PA 19255 | | | **FEDERAL INCOME TAXES** | | | | 9,000.00 <br><br> 9,000.00 |
| Account No. <br> BEATRIZ ALFARO <br> MERCANTIL PLAZA BLDG RM 914 2 PONCE LEON <br> STOP 27 1/2 SAN JUAN, PR 00918-1693 | | | Assignee or other notification for: <br> **INTERNAL REVENUE SERVICE** | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| | | | | Subtotal (Total of this page) | | | 12,321.00 |
| | | | | (Complete only on last sheet of Schedule E) TOTAL | | | 12,321.00 |

Sheet _____1 of _____1 Continuation Sheets attached to Schedule E

(Report total also on Summary of Schedules)

@ 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 106998420017 <br><br> AAA <br> PO BOX 14580 <br> SAN JUAN, PR 00916-4580 | | | UTILITY BILLS | | | | 134.78 |
| Account No. 00960075200 <br><br> ABC DISTRIBUTING CORP. <br> PO BOX 619000 <br> MIAMI, FL 33261-9000 | | | | | | | 320.70 |
| Account No. 04103495270023 <br><br> AEE <br> PO BOX 363508 <br> SAN JUAN, PR 00936-3508 | | | UTILITY BILLS | | | | 563.34 |
| Account No. <br><br> ASOCIACION RESIDENTES URB. REINA DE LOS ANGELES Y MONTE SUBACIO INC. <br> PO BOX 4069 <br> BAYAMON, PR 00958-1069 | | | | | | | 1,921.88 |
| Account No. <br><br> LCDO. ANTHONY BORTON <br> PO BOX 11021 <br> SAN JUAN, PR 00922-1021 | | | Assignee or other notification for: ASOCIACION RESIDENTES URB. REINA DE LOS | | | | |

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 2,940.70 |

_4_ Continuation Sheets attached

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 180-704990 <br> BANCO POPULAR DE PR - CR CARD <br> PO BOX 364445 <br> SAN JUAN, PR 00936-4445 | | | CREDIT LINE | | | | 1,118.08 |
| Account No. 3003544493 <br> BANCO SANTANDER <br> PO BOX 191080 <br> SAN JUAN, PR 00919-1080 | | | CREDIT LINE | | | | 13,789.93 |
| Account No. 7041254402 <br> BEST & GENERAL <br> REPARTO METROPOLITANO <br> 1185 AVE AMERICO MIRANDA <br> SAN JUAN, PR 00921-2211 | | | SERVICES | | | | 214.20 |
| Account No. 10169909806512 <br> CITIBANK NA <br> PO BOX 70163 <br> SAN JUAN, PR 00936 | | | CONSUMER LOAN | | | | 15,500.10 |
| Account No. <br> PROFESSIONAL RESEARCH <br> COND LE MANS SUITE 206 <br> AVE MUNOZ RIVERA 602 <br> HATO REY, PR 00918 | | | Assignee or other notification for: <br> CITIBANK NA | | | | |
| Account No. 5460-0220-0001-0567 <br> CITIBANK NA - CR CARD <br> PO BOX 2055 <br> HAGERSTOWN, MD 21748-2055 | | | CREDIT CARD PURCHASES <br> MASTERCARD | | | | 4,454.36 |
| Account No. 4922-0020-0001-8427 <br> CITIBANK NA - CR CARD <br> PO BOX 2055 <br> HAGERSTOWN, MD 21748-2055 | | | CREDIT CARD PURCHASES <br> VISA | | | | 4,431.48 |

Sheet _____1____ of _____4____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   39,508.15

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5460-0200-0054-7331<br><br>CITIBANK NA - CR CARD<br>PO BOX 2055<br>HAGERSTOWN, MD 21748-2055 | | | CREDIT CARD PURCHASES<br>MASTERCARD | | | | 780.06 |
| Account No. 4922-0020-0007-5559<br><br>CITIBANK NA - CR CARD<br>PO BOX 2055<br>HAGERSTOWN, MD 21748-2055 | | | CREDIT CARD PURCHASES<br>VISA | | | | 1,882.32 |
| Account No. 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<br><br>DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | TAXES | | | | 13,629.92 |
| Account No. 337063<br><br>HOSPITAL SAN PABLO<br>DEPTO DE COBROS X 407-266<br>PO BOX 236<br>BAYAMON, PR 00960 | | | SERVICES | | | | 146.00 |
| Account No.<br><br>A.C. CREDIT SERVICES, INC.<br>PO BOX 797<br>JUANA DIAZ, PR 00795-0797 | | | Assignee or other notification for:<br>HOSPITAL SAN PABLO | | | | |
| Account No. 186-026-447-0<br><br>JC PENNEY - DPTO CREDITO<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | | | CREDIT CARD PURCHASES | | | | 487.98 |
| Account No. 32772<br><br>MOVISTAR<br>PO BOX 71569<br>SAN JUAN, PR 00936-8669 | | | SERVICES | | | | 943.00 |
| | | | | | | Subtotal<br>(Total of this page) | 17,869.28 |

© 1993-2003 EZ-Fling, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____2 of _____4 Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>PROFESSIONAL RESEARCH<br>COND LE MANS SUITE 206<br>AVE MUNOZ RIVERA 602<br>HATO REY, PR 00918 | | | Assignee or other notification for:<br>MOVISTAR | | | | |
| **Account No. 01-Q&S**<br>NF STRING & SON INC.<br>1380 HOWARD STREET<br>HARRINSBURG, | | | CREDIT SALES | | | | 2,264.11 |
| **Account No. F3724421**<br>NORTHLAND GROUP INC<br>PO BOX 390857<br>EDIVA, MN 55439 | | | CREDIT CARD PURCHASES | | | | 1,710.32 |
| **Account No. 6011-6172-1153-9635**<br>OFFICE MAX<br>PO BOX 9025<br>DES MOINES, IA 50368-9025 | | | CREDIT CARD PURCHASES | | | | 1,586.91 |
| **Account No. 63168**<br>PRINTXCEL<br>CAPITAL RECOVERY CORP.<br>2970 BRANDYWINE ROAD STE 115<br>ATLANTA GEORGIA, 30341 | | | CREDIT SALES | | | X | 8,662.70 |
| **Account No. 312-0210-0270**<br>PUERTO RICO TELEPHONE<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 | | | SERVICES | | | | 39.07 |
| **Account No.**<br>CICA COLLECTION AGENCY, INC.<br>LCDO. CARLOS RODRIGUEZ GARCIA<br>206 SAN JORGE ST. 3RD FLOOR<br>SANTURCE, PR 00912 | | | Assignee or other notification for:<br>PUERTO RICO TELEPHONE | | | | |
| | | | | | | Subtotal<br>(Total of this page) | 14,263.11 |

Sheet _____**3**__ of _____**4**__ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F) **TOTAL**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 95-85119-03879-3 <br><br> SEARS CHARGE PLUS <br> PO BOX 105491 <br> ATLANTA, GA 30348-5491 | | | CREDIT CARD PURCHASES | | | | 2,221.86 |
| Account No. 81-0775-563-2 <br><br> SPIEGEL CHARGE <br> FCNB PROCESSING CENTER <br> 9310 SW GEMINI DRIVE <br> BEAVERTON, OR 97078-0001 | | | CREDIT CARD PURCHASES | | | | 100.00 |
| Account No. 7042324770 <br> TELEFONICA DE PUERTO RICO | | | SERVICES | | | | 194.65 |
| Account No. <br> LCDA. SALLY D. DELGADO ARROYO <br> PO BOX 194883 <br> SAN JUAN, PR 00919-4883 | | | Assignee or other notification for: <br> TELEFONICA DE PUERTO RICO | | | | |
| Account No. 7574000191 <br> WESTERN AUTO <br> PO BOX 11853 <br> SAN JUAN, PR 00910-3853 | | | CREDIT CARD PURCHASES | | | | 931.66 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ 4 of _____ 4 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 3,448.17

(Complete only on last sheet of Schedule F) **TOTAL** | 78,029.41

(Report total also on Summary of Schedules)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO   Case No. 04-_____
                                                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>Son<br>Son | | AGE<br>13 Y<br>4 Y |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | SALESMAN | SALESLADY |
| Name of Employer | MFI MASTER FOODS INTERAMERICANA | IMPRESSION ASSOCIATES INC. |
| How long employed | 1 YEAR | 4 MONTHS |
| Address of Employer | BAYAMON PUERTO RICO | GUAYNABO<br>PUERTO RICO |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Income: (Estimate of average monthly income) | | | |
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | 1,663.35 | $ 1,083.33 |
| Estimated monthly overtime | $ | | $ |
| **SUBTOTAL** | $ | 1,663.35 | $ 1,083.33 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 130.35 | $ 114.75 |
| b. Insurance | $ | | $ |
| c. Union dues | $ | 195.64 | $ 2.17 |
| d. Other (specify)  See Schedule Attached | $ | | $ |
| | $ | | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 325.99 | $ 116.92 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 1,337.36 | $ 966.41 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| Income from real property | $ | | $ |
| Interest and dividends | $ | | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| Social Security or other government assistance | $ | | $ |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| Pension or retirement income | $ | | $ |
| Other monthly income | $ | | $ |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **TOTAL MONTHLY INCOME** | $ | 1,337.36 | $ 966.41 |

**TOTAL COMBINED MONTHLY INCOME $ _____ 2,303.77** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|                          | DEBTOR | SPOUSE |
| ------------------------ | ------ | ------ |
| Other Payroll Deductions: | 4.72   |        |
| SDI/UC TAX               | 2.60   |        |
| CONT-LIFE                | 94.16  |        |
| ASP OPT DED              | 94.16  |        |
| ASP DEF DED              |        | 2.17   |
| CHAUFF                   |        |        |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
| Are real estate taxes included?   Yes ____   No ✓ | |
| Is property insurance included?   Yes ✓   No ____ | $ 120.00 |
| Utilities: Electricity and heating fuel | $ 60.00 |
|      Water and sewer | $ _____ |
|      Telephone | $ 106.00 |
|      Other **CELLULAR PHONE** | $ _____ |
|      _____ | $ _____ |
|      _____ | $ 30.00 |
| Home maintenance (repairs and upkeep) | $ 500.00 |
| Food | $ 150.00 |
| Clothing | $ 60.00 |
| Laundry and dry cleaning | $ 150.00 |
| Medical and dental expenses | $ 260.00 |
| Transportation (not including car payments) | $ 57.77 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ _____ |
|      Life | $ _____ |
|      Health | $ _____ |
|      Auto | $ _____ |
|      Other _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ _____ |
|      Other _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 810.00 |
| Other **See Schedule Attached** | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
|      _____ | $ _____ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ **2,303.77** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ _____ |
| B. Total projected monthly expenses | $ _____ |
| C. Excess income (A minus B) | $ _____ |
| D. Total amount to be paid into plan each | $ _____ |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Expenses (DEBTOR) | 200.00 |
| SCHOOL EXPENCES | 245.00 |
| CHILD DAYCARE | 150.00 |
| UNIFORMS | 20.00 |
| DETERGENTS | 45.00 |
| BARBER & BEAUTY SALON | 150.00 |
| `LUNCH AT WORK | |

IN RE HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO    Case No. 04-_____

<center>Debtor(s)</center>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**12** sheets, and that
<div align="right" style="font-size:smaller">(Total shown on summary page plus 1)</div>

they are true and correct to the best of my knowledge, information, and belief.

Date: **Feb. 2, 2004**    Signature: _____     Debtor

                                   HIPOLITO DEL VALLE ALEJANDRO

Date: **2/2/04**    Signature: _____    (Joint Debtor, if any)

                                     VANESSA NARVAEZ SANTIAGO

<div align="right">[If joint case, both spouses must sign.]</div>

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                              (Required by 11 U.S.C. § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____     _____
Signature of Bankruptcy Petition Preparer                     Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<div style="font-size:smaller">(Total shown on summary page plus 1)</div>

Date: _____    Signature: _____

                                     _____
<div align="right" style="font-size:smaller">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</div>

<center><b>Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.</b></center>

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

Case No. <u>04-</u>

IN RE:

<u>HIPOLITO DEL VALLE ALEJANDRO & VANESSA NARVAEZ SANTIAGO</u>     Chapter <u>7</u>
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 15,823.94 | INCOME FROM WIFE YEAR 2003 |
| 500.00 | INCOME FROM WIFE YEAR 2002 |
| 12,000.00 | INCOME FROM WIFE YEAR 2001 |
| 4,089.87 | INCOME FROM HUSBAND YEAR 2003 |
| 11,939.00 | INCOME FROM HUSBAND YEAR 2002 |
| 30,750.00 | INCOME FROM HUSBAND YEAR 2001 |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ROBERTO FIGUEROA CARRASQUILLO PO BOX 193677 SAN JUAN, PR 00919-3677 | 2/6/04 | 500.00 |

## 10. Other transfers

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2003 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 2/02/04      Signature
                   of Debtor      _____
                                  **HIPOLITO DEL VALLE ALEJANDRO**

Date: 2/02/04      Signature
                   of Joint Debtor  _____
                   (if any)        **VANESSA NARVAEZ SANTIAGO**

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

HIPOLITO DEL VALLE ALEJANDRO
URB. REINA DE LOS ANGELES
CALLE 3 O-17
GURABO, PR 00778

BANCO SANTANDER
PO BOX 191080
SAN JUAN, PR 00919-1080

JC PENNEY - DPTO CREDITO
PO BOX 364788
SAN JUAN, PR 00936-4788

04-01231

VANESSA NARVAEZ SANTIAGO
URB. REINA DE LOS ANGELES
CALLE 3 O-17
GURABO, PR 00778

BEATRIZ ALFARO
MERCANTIL PLAZA BLDG RM 914 2
PONCE LEON
STOP 27 1/2 SAN JUAN, PR 00918-1693

LCDA. SALLY D. DELGADO ARROYO
PO BOX 194883
SAN JUAN, PR 00919-4883

R. FIGUEROA CARRASQUILLO
ATTORNEY AT LAW
PO BOX 193677
SAN JUAN, PR 00919-3677

BEST & GENERAL
REPARTO METROPOLITANO
1185 AVE AMERICO MIRANDA
SAN JUAN, PR 00921-2211

LCDO. ANTHONY BORTON
PO BOX 11021
SAN JUAN, PR 00922-1021

A.C. CREDIT SERVICES, INC.
PO BOX 797
JUANA DIAZ, PR 00795-0797

CICA COLLECTION AGENCY, INC.
LCDO. CARLOS RODRIGUEZ GARCIA
206 SAN JORGE ST. 3RD FLOOR
SANTURCE, PR 00912

MOVISTAR
PO BOX 71569
SAN JUAN, PR 00936-8669

AAA
PO BOX 14580
SAN JUAN, PR 00916-4580

CITIBANK NA
PO BOX 70163
SAN JUAN, PR 00936

NF STRING & SON INC.
1380 HOWARD STREET
HARRINSBURG,

ABC DISTRIBUTING CORP.
PO BOX 619000
MIAMI, FL 33261-9000

CITIBANK NA - CR CARD
PO BOX 2055
HAGERSTOWN, MD 21748-2055

NORTHLAND GROUP INC
PO BOX 390857
EDIVA, MN 55439

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424-B)
PO BOX 9024140
SAN JUAN, PR 00902-4140

OFFICE MAX
PO BOX 9025
DES MOINES, IA 50368-9025

ASOCIACION RESIDENTES URB. REINA DE
LOS
ANGELES Y MONTE SUBACIO INC.
PO BOX 4069
BAYAMON, PR 00958-1069

DORAL MORTGAGE CORP
PO BOX 13988
SAN JUAN, PR 00908-3988

PRINTXCEL
CAPITAL RECOVERY CORP.
2970 BRANDYWINE ROAD STE 115
ATLANTA GEORGIA, 30341

BANCO POPULAR - MORTGAGE
PO BOX 70100
SAN JUAN, PR 00936

HOSPITAL SAN PABLO
DEPTO DE COBROS X 407-266
PO BOX 236
BAYAMON, PR 00960

PROFESSIONAL RESEARCH
COND LE MANS SUITE 206
AVE MUNOZ RIVERA 602
HATO REY, PR 00918

BANCO POPULAR DE PR - CR CARD
PO BOX 364445
SAN JUAN, PR 00936-4445

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

PUERTO RICO TELEPHONE
PO BOX 360998
SAN JUAN, PR 00936-0998

SEARS CHARGE PLUS
PO BOX 105491
ATLANTA, GA  30348-5491

04-01231

SPIEGEL CHARGE
FCNB PROCESSING CENTER
9310 SW GEMINI DRIVE
BEAVERTON, OR  97078-0001

WESTERN AUTO
PO BOX 11853
SAN JUAN, PR  00910-3853

RECEIVED AND FILED

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

2004 FEB -9 PM 4:01

04-01231

IN THE MATTER OF: : CASE NUMBER: _____

HIPOLITO DEL VALLE ALEJANDRO US. BANKR. COURT
FOR THE DISTRICT OF
VANESSA NARVAEZ SANTIAGO PUERTO RICO

: CHAPTER 7

DEBTOR (S) :
--------------------------------------------------

*NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 7*

Upon the filing of the instant petition, the items checked were not submitted to the Court:

[  ] **Signature (Upon filing)**

[  ] **Master Address List (Upon filing)**

[  ] **Master address list in Diskette (Upon filing)**

[  ] **List of Creditors (Upon filing)**

[  ] **Statement of Social Security Number (Form B-21) and/or Employer ID Number (Upon filing)**

[ ✓ ] Statement disclosing compensation paid or to be paid to the attorney for the debtor Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C. §329 and Rule 2016 (b) Fed. R Bankr.P. *Signature missing - Ans*

[  ] Declaration under penalty of perjury on behalf of the corporation or partnership. (Upon filing) (Official Form 2)

[  ] Schedules of assets and liabilities. (Official Form 6)
(Must be submitted with the petition or within 15 days) Rule 1007 (b) & (c), Fed. R. Bankr.P.

[  ] Statement of Affairs (Official Form 7)
(Must be submitted with the petition or within 15 days. Rule 1007(b) & (c)

You are hereby notified that upon failure to file the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

FEB 0 9 2004

San Juan, Puerto Rico, this _____.

BY ORDER OF THE COURT
CELESTINO MATTA-MENDEZ

BY:_____

**DEPUTY CLERK**